No. 84–6521. GAILES v. ILLINOIS. App. Ct. Ill., 5th Dist. Certiorari denied.

No. 84–6537. MAGEE v. BOLGER, POSTMASTER GENERAL OF THE UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 84–6571. SMITH v. CONNECTICUT PAROLE BOARD ET AL. C. A. 2d Cir. Certiorari denied.

No. 84–6576. ACKER v. HAWAII. Sup. Ct. Haw. Certiorari denied.

No. 84–6587. KEY v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 84–6602. LIKAKUR v. WASHINGTON. Sup. Ct. Wash. Certiorari denied.

No. 84–6605. WALLACE v. INTERNATIONAL ORGANIZATION OF MASTERS, MATES & PILOTS. C. A. 2d Cir. Certiorari denied.

No. 84–6606. LUNDY v. JONES, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 84–6607. HARPER v. WASHINGTON. Sup. Ct. Wash. Certiorari denied.

No. 84–6609. THOMAS v. MARYLAND. Ct. App. Md. Certiorari denied.

No. 84–6614. WILSON v. PULLEY, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 84–6619. DOWNS v. KENTUCKY. Ct. App. Ky. Certiorari denied.

No. 84–6620. KEMP v. UNITED STATES POSTAL SERVICE ET AL. C. A. 6th Cir. Certiorari denied.

No. 84–6661. HALLIWELL v. STRICKLAND, SUPERINTENDENT, FLORIDA STATE PRISON, ET AL. C. A. 11th Cir. Certiorari denied.

No. 84–6662. GOTCHER v. PROCUNIER, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS. C. A. 5th Cir. Certiorari denied.